# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138847 & (20)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ESTATE OF PAMELA ANN PONTE,
      Plaintiff-Appellee,

v

ROBERT FRANCIS PONTE,
      Defendant-Appellant.

SC: 138847
COA: 290010
Washtenaw CC: 04-002966-DM

_____/

      On the order of the Court, the motion for substitution of parties is GRANTED. The application for leave to appeal the February 4, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

s0831